AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
SEP 27 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FLOYD WAYNE WOODWARD | ) | Case No. 2:21mj 267 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 5, 2021** in the county of **Portsmouth** in the
**Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(d)(1) | Sale of a Firearm to a Convicted Felon |
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Reviewed by AUSA/SAUSA:
Matthew Heck, SAUSA

Mike Velazquez, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/27/2021

*Judge's signature*

City and state: Norfolk, VA

Lawrence R. Leonard, US Magistrate Judge
*Printed name and title*