FILED
2:21mj267
SEP 27 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Special Agent Michael D. Velazquez, of the United States Department of Justice, Federal Bureau of Investigation (FBI), being duly sworn depose and state the following:

## **EXPERIENCE AND TRAINING**

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since May 2018. I have previously been employed with the FBI since 2014 in administrative and intelligence positions. I graduated from Providence College in 2013 with a Bachelor of Arts degree after double majoring in History and Spanish. Subsequently, in 2015, I received a Master's degree in Intelligence Studies from American Military University. I am currently assigned to the FBI Norfolk Field Office. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510 (7). That is, I am an officer of the United States, who is empowered by law to conduct investigations regarding violations of United States law, to execute warrants issued under the authority of the United States, and to make arrests of the offenses enumerated in Title 18, United States Code, Section 922. I am responsible for investigating crimes which include, but are not limited to, firearms violations. Throughout my tenure with the FBI, I have participated in various roles in investigations related to firearms violations, bank robberies, gang related crimes, white collar crimes, and terrorism.

2. The facts in this Affidavit come from my personal observations, my training and experience, my review of documents, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. I am familiar with the facts and circumstances of this investigation as a result of information received by me and summarized in reports I have reviewed. I have compiled information derived from discussions with experienced law enforcement agent and officers.

4. This affidavit contains a probable cause statement to support the issuance of an arrest warrant for the violations alleged and does not contain all the information known to this affiant regarding the defendant. Based upon my experience and training, this affidavit is being made in support of a criminal complaint charging FLOYD WAYNE WOODWARD III with violations of federal law, namely, Title 18, U.S.C. § 922(d)(1) related to selling a firearm to a convicted felon and Title 18, U.S.C. § 922(g)(1) relating to possession of firearms by a convicted felon.

## STATEMENT OF FACTS

5. On June 17, 2021, a complainant contacted the FBI National Threat Operations Center (NTOC) to report Floyd Wayne Woodward III (Woodward). Woodward was bragging about how he was soon going to be in possession of 15 to 30 AR-15s without serial numbers. Woodward is a convicted felon and described his anti-government extremist ideology. Woodward told an associate that he would murder anyone who would try to take his weapons from him. Woodward had been showing pictures and bragging amongst his fellow employees about possessing these weapons in the near future.

6. On July 14, 2021, during a follow up interview with the complainant, the complainant stated that Woodward had purchased and was now in possession of three un-serialized assault rifles. Woodward had shown the complainant photographs of the rifles and had talked about them regularly. Woodward had made statements that if anyone came

2

to take his guns he would shoot them in the face and bury them in the backyard. The complainant stated that Woodward was previously incarcerated for a felony conviction related to him breaking into someone's home with a knife and stealing from them. Woodward was very strongly anti-government. Woodward's Facebook page was disabled because he used to post anti-government extremist rhetoric. The complainant was worried about what Woodward might do with the firearms.

7. A Confidential Human Source (CHS) confirmed that Woodward obtained the firearms and transported them across state lines.

8. The CHS provided screenshots of text message communications with Woodward via telephone number XXX-XXX-4470. Records obtained from AT&T associated this telephone number with Woodward. In the conversation Woodward provided a photograph showing three AR-15 style rifles and suggested that he would be willing to sell one to the complainant. Two of the rifles were black, and one was black and lime green. Woodward provided several additional photographs of the black and lime green rifle.

9. A few of the screenshots are listed below:





10. On August 5, 2021 the CHS traveled to Woodward's residence, located in Portsmouth, Virginia. The CHS purchased one black un-serialized AR-15 style assault rifle, 250 rounds of .223 ammunition, and one rifle magazine from Woodward for eight hundred dollars. During the meeting Woodward stated that there were no serial numbers on the rifle. Woodward also stated that the rifle had no rear sight because it was setup to put an optical sight on. Woodward advised the CHS that the CHS could purchase the sight legally without a background check, however the CHS could not purchase the firearm or the ammunition (referring to the CHS being a prohibited person.) Woodward stated that he had shot the firearm himself and it was fully functional. Prior to turning the firearm

over to the CHS Woodward had to remove a loaded magazine and round of ammunition from the chamber of the rifle, and stated he keeps his weapons ready to be fired. Woodward had a second black AR-15 style assault rifle next to his bed, and a third black and green AR-15 style rifle in a case that he took out to show the CHS.

11. Woodward has previously been convicted of multiple felonies including grand larceny, burglary, and grand larceny auto theft. As a convicted felon in possession of firearms, Woodward is in violation of Title 18 U.S.C. § 922(g). Woodward is aware of the CHS's status as a convicted felon and therefore is in violation of Title 18 U.S.C. § 922(d).

## CONCLUSION

12. Based on the above facts, I believe probable cause exists to charge FLOYD WAYNE WOODWARD III with violations of federal law, namely, Title 18, U.S.C. §§ 922(d)(1) and (g)(1), which prohibit the sale of a firearm to a convicted felon and the possession of firearms by a convicted felon.

_____
Special Agent Michael D. Velazquez
Federal Bureau of Investigation

Sworn and subscribed to before me this 27th day of September 2021

_____
UNITED STATES MAGISTRATE JUDGE